# Supreme Court of Florida

THURSDAY, JUNE 23, 2022

**CASE NO.: SC20-1847**
Lower Tribunal No(s).:
131976CF003350B000XX

WILLIAM LEE THOMPSON        vs.    STATE OF FLORIDA

Appellant(s)                              Appellee(s)

Appellant's Motion for Rehearing is hereby denied.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.
LABARGA, J., concurs with an opinion.

LABARGA, J., concurring.

I continue to adhere to my dissent in *Thompson v. State*, 47 Fla. L. Weekly S99 (Fla. Mar. 31, 2022), wherein I reaffirmed my dissenting view in *Phillips v. State*, 299 So. 3d 1013 (Fla. 2020), and my belief that *Hall v. Florida*, 572 U.S. 701 (2014), applies retroactively.

However, I agree that Thompson has not established a basis for rehearing, and consequently, I have voted to deny rehearing.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

so
Served:
HON. MARISA TINKLER-MENDEZ
HON. HARVEY RUVIN
BRITTNEY NICOLE LACY
JENNIFER A. DAVIS
MARIE-LOUISE SAMUELS PARMER